# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Government Services Corp. | ) ASBCA Nos. 60118, 60278, 60443 |
| | ) |
| Under Contract Nos. SP0600-12-D-4517 | ) |
| SP0600-12-D-4563 | ) |

APPEARANCE FOR THE APPELLANT:        Gregory R. Rauch, Esq.
                                       Magyar, Rauch, & Thie, PLLC
                                       Moscow, ID

APPEARANCES FOR THE GOVERNMENT:      Daniel K. Poling, Esq.
                                       DLA Chief Trial Attorney
                                     Jared M. Miller, Esq.
                                     Kathryn M. Kelley, Esq.
                                       Trial Attorneys
                                       DLA Energy
                                       Fort Belvoir, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 5 October 2017

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60118, 60278, 60443, Appeals of Government Services Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals